Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−31153−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jayson G Cain
718 Ramah Road
Millville, NJ 08332

Christina E Cain
aka Christina E Barber
718 Ramah Road
Millville, NJ 08332

Social Security No.:
  xxx−xx−9410                                             xxx−xx−7904

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 28, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 28, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                              Case No. 16-31153-JNP
Jayson G Cain                                                       Chapter 13
Christina E Cain
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 148             Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db             #+Jayson G Cain,    718 Ramah Road,    Millville, NJ 08332-7615
jdb             +Christina E Cain,    718 Ramah Road,    Millville, NJ 08332-7615
516483372       +Allied Interstate LLC.,    PO Box 361445,    Columbus, OH 43236-1445
516483374       +Atlantic City Electric,    2430 Atlantic Ave.,    Atlantic City, NJ 08401-6631
516483379       +CBE Group Inc.,    PO Box 2038,    Waterloo, IA 50704-2038
516483378       +Carolina Home Medical,    1301 Commerce Dr.,    New Bern, NC 28562-2213
516483380       +Century Link,    PO Box 1898,    Saint Charles, MO 63302-1898
516483381       +City of Wilmington,    PO Box 15404,    Wilmington, DE 19850-5404
516483386       +Dynia & Assoc. LLC.,    1400 E. Touhy Ave. Suite G2,    Des Plaines, IL 60018-3338
516483389        FMA Alliance LTD.,    12339 Cotton Rd,    Houston, TX 77066
516483387       +Family Urgent Care,    2580 Henderson Dr. Ext,    Jacksonville, NC 28546-5252
516483390       +Frederick Garon,    130 Cocelli Ave,    Bridgeton, NJ 08302-2203
516483391       +Furniture Fair Inc.,    507 Bell Fork Rd.,    Jacksonville, NC 28540-6390
516483392       +Great Lakes Borrower,    PO Box 530229,    Atlanta, GA 30353-0229
516507532       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516483394       +Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
516483395       +Inspira Medical Center,    PO Box 150,    West Berlin, NJ 08091-0150
516483397       +Jon Douglas Lesan DDS,    123 Cobia Court,    Jacksonville, NC 28546-6862
516483398       +Jones Onslow Electric,    259 Western Blvd,    Jacksonville, NC 28546-5797
516483399       +Kay Jewelers,    3849 S. Delsea Dr.,    Vineland, NJ 08360-7413
516483400       +Kirkland Asset,    3500 Main Street Suite 130,    Amherst, NY 14226-3181
516547125       +NJ Turnpike Authority,    Mark Schneider, Esq,    581 Main Street,    PO Box 5042,
                  Woodbridge, NJ 07095-5042
516483407       +NJ-EZ Pass Violations Center,    PO Box 4971,    Trenton, NJ 08650-4971
516483405       +National Credit Adjuster,    PO Box 3023,    Hutchinson , KS 67504-3023
516483406      #+Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516483408       +Online Information Service,    PO Box 1489,    Winterville, NC 28590-1489
516483410       +PMAB LLC.,    PO Box 12150,    Charlotte, NC 28220-2150
516483409       +Phoenix Toxicology and Lab Services,    PO Box 844679,    Los Angeles, CA 90084-4679
516483411       +PromtCare Companies,    PO Box 536425,    Pittsburgh, PA 15253-5906
516483415       +RMS,    PO Box 361595,    Columbus, OH 43236-1595
516483416       +Southwest Credit Systems, L.P.,    PO Box 650543,    Dallas, TX 75265-0543
516588833        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516483419       +Wilmington Health,    1202 Medical Center Dr.,    Wilmington, DE 28401-7394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:40      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              EDI: IRS.COM Mar 29 2019 04:19:00      Department of the Treasury Internal Revenue Servic,
                  955 S. Springfield Avenue,    Bldg A,   Springfield, NJ  07081
516574571       EDI: AIS.COM Mar 29 2019 04:09:00      American InfoSource LP as agent for,     Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
516483373      +EDI: CINGMIDLAND.COM Mar 29 2019 04:11:00      At&t Mobility,    PO Box 537104,
                  Atlanta, GA 30353-7104
516483375       +E-mail/Text: bankruptcy@pepcoholdings.com Mar 29 2019 00:19:57      Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
516502153        E-mail/Text: bankruptcy@pepcoholdings.com Mar 29 2019 00:19:58
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ  08069-3600
516483403        EDI: CBSAAFES.COM Mar 29 2019 04:08:00      Military Star Card,    3911 S. Walton Walker Blvd.,
                  Dallas, TX 75236
516707414       +EDI: AISACG.COM Mar 29 2019 04:18:00      Capital One Auto Finance,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516483376       +EDI: CAPONEAUTO.COM Mar 29 2019 04:20:00      Capital One Auto Finance,    POB 60511,
                  City of Industry, CA 91716-0511
516668031       +EDI: AIS.COM Mar 29 2019 04:09:00      Capital One Auto Finance c/o AIS,
                  Portfolio Services, LP f/k/a AIS Data,    Services d/b/a Ascension Capital Group,
                  4515 N. Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
516667487       +EDI: AISACG.COM Mar 29 2019 04:18:00      Capital One Auto Finance,,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516483377       +E-mail/Text: ebn@carepayment.com Mar 29 2019 00:21:36      Care Payment,    PO Box 2398,
                  Omaha, NE 68103-2398
516484826       +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 00:21:03      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516483382       +EDI: COMCASTCBLCENT Mar 29 2019 04:03:00      Comcast,    PO Box 3002,
                  Southeastern, PA 19398-3002
516483383       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 29 2019 00:20:52
                  Consumer Portfolio Services,    POB 57071,    Irvine, CA 92619-7071
516483384        EDI: DIRECTV.COM Mar 29 2019 04:03:00      Direct TV,    PO Box 11732,    Newark, NJ 07101
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Mar 28, 2019
                                  Form ID: 148             Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516483385       +EDI: DCI.COM Mar 29 2019 04:20:00      Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
516483388       +E-mail/Text: bankruptcy@firstpointcollectionresources.com Mar 29 2019 00:21:15
                 First Point Collection Resources Inc.,    PO Box 26140,    Greensboro, NC 27402-6140
516483393       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 29 2019 00:21:22     Harley Davidson Finance,
                 POB 22048,    Carson City, NV 89721-2048
516646856        EDI: JEFFERSONCAP.COM Mar 29 2019 04:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516483401       +EDI: LTDFINANCIAL.COM Mar 29 2019 04:03:00      LTD Financial Services,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
516483404       +E-mail/Text: mpma1944@aol.com Mar 29 2019 00:20:42      MPMA, Inc.,    PO Box 298,
                 Millville, NJ 08332-0298
516483402       +EDI: MID8.COM Mar 29 2019 04:14:00      Midland Credit Management Inc.,
                 8875 Aero Dr. Suite 200,    San Diego, CA 92123-2255
516680819       +E-mail/Text: colleen.atkinson@rmscollect.com Mar 29 2019 00:21:48
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
516483412       +E-mail/Text: colleen.atkinson@rmscollect.com Mar 29 2019 00:21:48
                 Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
516483414       +E-mail/Text: info@reliant-cap.com Mar 29 2019 00:21:12      Reliant Capitol Solutions LLC,
                 PO Bx 30469,    Columbus, OH 43230-0469
516483417       +EDI: USAA.COM Mar 29 2019 04:10:00      USAA Insurance,    PO Box 33490,
                 San Antonio, TX 78265-3490
516483418       +EDI: VERIZONCOMB.COM Mar 29 2019 04:03:00      Verizon Wireless,    PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516483396*      +IRS,   POB 7346,   Philadelphia, Pennsylvania 19101-7346
516483413      ##+Red Door Leasing,   3840 Henderson Dr.,   Jacksonville, NC 28546-5219
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Terry Tucker    on behalf of Joint Debtor Christina E Cain terrytucker@comcast.net
          Terry Tucker    on behalf of Debtor Jayson G Cain terrytucker@comcast.net
                                                                                             TOTAL: 5
```